# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI,
# EASTERN DIVISION

| | |
|---|---|
| KARA LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-2019 |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("MCM") hereby removes this civil action, entitled *Kara Lewis v. Midland Credit Management, Inc.*, Case Number 18SL-AC29754 (the "State Court Action"), from the Circuit Court of St. Louis County, Missouri to the United States District Court for the Eastern District of Missouri. In support of this removal, MCM states as follows:

1. Plaintiff Kara Lewis ("Plaintiff") filed his Petition in the State Court Action on or about October 9, 2018, purporting to assert a claim against MCM for alleged violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. MCM was served with the lawsuit on or about November 14, 2018.

2. Plaintiff's FDCPA claim against MCM presents a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3. As noted above, MCM received service of Plaintiff's suit on or about November 14, 2018. Hence, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

4. In compliance with 28 U.S.C. § 1446(d), MCM will provide written notice of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of St. Louis County, Missouri. In compliance with Local Rule 81-2.03, MCM will also file with this Court proof that it filed a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Louis County, Missouri and served the Notice of Removal to Plaintiff.

5. In compliance with 28 U.S.C. § 1446(a) and Local Rule 81-2.03, MCM has, contemporaneously with the filing of this Notice of Removal, submitted copies of all process, pleadings, and orders served upon them in the State Court Action, attached hereto as "**Exhibit A**."

6. MCM also attaches this Court's Civil Cover Sheet hereto as "**Exhibit B**."

7. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, MCM respectfully removes this action to this Court for further proceedings according to law.

Dated this 3rd day of December, 2018.

                              Respectfully Submitted,

                              By: /s/ Thomas M. Martin_____
                                  Thomas M. Martin    MO# 38811
                                  M. Cory Nelson       MO# 63357
                                  1010 Walnut, Suite 500
                                  Kansas City, Missouri 64106
                                  (816) 421-2500 (telephone)
                                  (816) 472-2500 (facsimile)
                                  tmmartin@lewisricekc.com
                                  cnelson@lewisricekc.com

                              ATTORNEYS FOR MIDLAND CREDIT
                              MANAGEMENT, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on this 3rd day of December, 2018, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed a single copy of the document by first class mail, postage prepaid, and emailed it to the following:

Richard A. Voytas, Jr., Esq.
Ethan W. Gee, Esq.
ROSS & VOYTAS, LLC
12444 Powerscourt Drive, Suite 370
St. Louis, MO 63131
rick@rossvoytas.com
ethan@rossvoytas.com

ATTORNEYS FOR PLAINTIFF

      /s/ _Thomas M. Martin_____ ___
      Attorney for Midland Credit Management, Inc.

00385062.DOCX